**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08 MJ 20-2**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| NICHOLAS HUERTA OCHOA, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS CAUSE** coming on to be heard before the undersigned, pursuant to a Motion to Continue (#14) filed by defendant's attorney, Ronald C. True. It appearing to the court that good cause has been shown for the granting of a continuance of the preliminary hearing and potential detention hearing in this matter.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that defendant's Motion to Continue (#14) is hereby **GRANTED** and that good cause has been shown for a continuance of the detention hearing for a period of time that may exceed five (5) days as provided by 18 U.S.C. § 3142(f).

Signed: May 22, 2008

Dennis L. Howell
United States Magistrate Judge