IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08mc24

| | |
|---|---|
| STANDING ORDER ALLOWING OUT OF COURT USE OF COURT-APPROVED INTERPRETERS UPON REQUEST OF COURT APPOINTED COUNSEL. _____ | ) ) ) ) ) |

**THIS MATTER** is before the court in accordance with 28, United States Code, Section 1827. The court finds that in order for court-appointed counsel to effectively communicate with their client or with witnesses who do not speak English, it is necessary for such attorneys to utilize the services of a court-approved interpreter. Upon request of counsel made either orally or in writing to the Clerk of this court or to a judicial officer, this Standing Order may, in the discretion of such officer, be entered allowing such court appointed counsel to utilize interpretive services consistent with all applicable regulations, laws, directives, and Orders of this court. **In no case shall counsel incur interpretive services that exceed the maximum of $1500 without first seeking and obtaining approval from the district court by and through a written motion.** The Clerk of court, or any judicial officer, may enter this Standing Order *nunc pro tunc* where counsel shows good cause for making such a late request.

Signed: June 20, 2008

_____
Dennis L. Howell
United States Magistrate Judge